IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| ELIZABETH CLARK-CORRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ILLINOIS DEPARTMENT )<br>OF HUMAN SERVICES, a/k/a )<br>CHOATE MENTAL HEALTH AND )<br>DEVELOPMENT CENTER, )<br>a government agency of the )<br>State of Illinois, )<br>)<br>Defendant. ) | Case No.: 03-4232-JPG |

## **JUDGMENT**

This matter having come before the Court, and the parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

Dated:  March 2, 2005                             s/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**